```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 58712
   ROBERT A EVANS
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
    SSN XXX-XX-5362
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/15/05 and confirmed on 03/10/06.

   2.  The case was dismissed after confirmation, 03/14/2008.

   3.  The Debtor paid a total of $  17266.28 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | 11882.00 | 1414.12 | 10301.43 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4061.08 | .00 | 203.96 |
| US BANK | UNSECURED | 3663.70 | .00 | 183.99 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 12698.86 | .00 | 637.74 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6441.26 | .00 | 323.48 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| JAMES M PHILBRICK | ADMINISTRATIV | 400.00 | .00 | 400.00 |
| OSI COLLECTION SERVICES | UNSECURED | 719.32 | .00 | 22.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 385.32 | .00 | 16.86 |
| B REAL LLC | UNSECURED | 14788.90 | .00 | 742.70 |
| B REAL LLC | UNSECURED | 7444.97 | .00 | 373.90 |
| B REAL LLC | UNSECURED | 1702.35 | .00 | 74.50 |

           Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11882.00 | 400.00 | 51905.76 | .00 | 64187.76 |
| PRINCIPAL PAID | 10301.43 | 400.00 | 2579.21 | .00 | 13280.64 |
| INTEREST PAID | 1414.12 | .00 | .00 | .00 | 1414.12 |
| TOTAL PAID | 11715.55 | 400.00 | 2579.21 | .00 | 14694.76 |

The Debtor's attorney, PAUL R IDLAS                , was allowed $  2700.00
and was paid $   806.00   direct and $   1894.00  through the plan.

The Trustee received $    677.52 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging

```
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/23/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
          CASE NO. 05 B 58712 ROBERT A EVANS
```